LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WILLIE BARRETT, | No.  EDCV 11-0136 CW |
|    Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
|    Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of ONE HUNDRED AND FIFTY SIX DOLLARS AND 00/100 ($156.00) subject to the terms of the stipulation.

   DATE: April 13, 2011

          _____/S/_____
          HON. CARLA M. WOEHRLE
          UNITED STATES MAGISTRATE JUDGE